IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JUL 22 PM 4:50

JOHN THOMAS MOORE ROLLOVER IRA,
Individually and on Behalf of All Others Similarly
Situated,
      Plaintiff,

-vs-

SOLARWINDS, INC.; THOMA BRAVO;
SILVER LAKE PARTNERS; PROJECT
AURORA HOLDINGS, LLC; PROJECT
AURORA MERGER CORP.; KEVIN B.
THOMPSON; STEVEN M. CAKEBREAD; PAUL
J. CORMIER; ELLEN F. SIMINOFF; ROGER J.
SIPPL; and LLOYD G. WATERHOUSE,
      Defendants.

Case No. A-15-CA-1228-SS

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically Solarwinds, Inc., Kevin B. Thompson, Steven M. Cakebread, Paul J. Cormier, Ellen F. Siminoff, Roger J. Sippl and Lloyd G. Waterhouse's Motion to Dismiss Amended Complaint for Breach of Fiduciary Duties and Violations of the Federal Securities Laws [#34 filed June 8, 2016] and Defendants Thoma Bravo, Silver Lake Partners, Project Aurora Holdings LLC, and Project Aurora Merger Corp.'s Motion to Dismiss the Amended Class Complaint [#35 filed June 8, 2016] and noting no response in opposition whatsoever and, therefore, under the Local Rules of this Court, these motions are not contested and, after a review of the motions, they appear to be appropriately stated and, therefore, the Court enters the following:



IT IS ORDERED that the allegations in the amended complaint for breach of fiduciary duty and violations of federal securities laws regarding defendants Solarwinds, Inc., Kevin B. Thompson, Steven M. Cakebread, Paul J. Cormier, Ellen F. Siminoff, Roger J. Sippl and Lloyd G. Waterhouse are DISMISSED.

IT IS FURTHER ORDERED that sponsor's Motion to Dismiss is GRANTED, and Counts II and IV of Plaintiff's Amended Class Action Complaint are DISMISSED as to defendants Thoma Bravo, Silver Lake Partners, Project Aurora Holdings LLC, and Project Aurora Merger Corp.

SIGNED this the 22nd day of July 2016.

                                              /s/ Sam Sparks
                                        UNITED STATES DISTRICT JUDGE